DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**L.S.,** the mother,
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES**
and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D15-3043

[ November 12, 2015 ]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 2014-1756-CJ-DP.

Antony P. Ryan, Director, April E. Rolle, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel Fourth District, Fort Lauderdale, and Melanie L. Casper, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel Fourth District, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, and for Appellee Department of Children and Families, and Laura E. Lawson, Sanford, for Appellee Guardian Ad Litem Program.

**CONFESSION OF ERROR**

PER CURIAM.

Based on the concession of error of appellees Department of Children and Families and the Guardian Ad Litem Program and our own review of the record, we reverse the order placing the minor children in a permanent guardianship, because the order does not contain the required statutory findings for permanent guardianship, and in addition, the order contains findings that are not supported by the record and appear to be unrelated to this case.

WARNER, GROSS and TAYLOR, JJ., concur.

*     *     *

*Not final until disposition of timely filed motion for rehearing.*